06/13/2005  17:45     3102851728           LAW OFFCS JR ROSEN                PAGE  13/15
Case 3:05-cv-00693-SI   Document 23   Filed 06/20/2005   Page 1 of 3
Case 3:05-cv-00693-SI   Document 17   Filed 06/14/2005   Page 1 of 3

JAMES R. ROSEN, ESQ. (California State Bar No. 119438)
RYAN D. SABA, ESQ. (California State Bar No. 192370)
**MEMBERS OF THE LAW OFFICES OF JAMES R. ROSEN, P.C.**
468 North Camden Drive, Third Floor
Beverly Hills, California 90210
Telephone:  (310) 285-1727
Facsimile:  (310) 285-1728
Email:      rsaba@rosenlawoffices.com

Attorneys for Plaintiff,
ELEANOR PRATT, PH.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR PRATT, PH.D.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SILVERSEA CRUISES, LTD., INC.,<br>a Florida Corporation,<br><br>　　　　　Defendants. | Case No.: C05-0693 SI<br>*Honorable Susan Illston*<br><br>**[Proposed] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Motion to Dismiss<br>Hearing Date:    June 24, 2005<br>Hearing Time:    9:00 a.m.<br>Place:           Courtroom 10<br><br>Complaint Filed:    February 15, 2005<br>Discovery Cutoff:   Not Set Yet<br>Motion Cutoff:      Not Set Yet<br>Trial Date:         Not Set Yet |

///

///

1

[Proposed] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

On June 14, 2005, Plaintiff Eleanor Pratt, Ph.D., filed an *ex parte* application for an extension of time to file an Opposition to Defendant's Motion to Dismiss the Complaint and a Request for Judicial Notice. After consideration of the filed papers, and GOOD CAUSE appearing, the Court ORDERS as follows:

The *ex parte* application is GRANTED. Plaintiff's Opposition to the Motion to Dismiss and the Request for Judicial Notice are hereby deemed timely filed. Defendant shall file its Reply to the Opposition on or before June 24, 2005. The hearing on the Motion will take place on Friday, ~~June~~ July 8, 2005, at 9:00 a.m. in Courtroom 10.

**IT IS SO ORDERED.**

Date: June ___, 2005        By: _____



IT IS SO ORDERED
Judge Susan Illston

Order prepared and submitted by:

**LAW OFFICES OF JAMES R. ROSEN, P.C.**

By: _____
JAMES R. ROSEN, ESQ.
RYAN D. SABA, ESQ.
Attorneys for Plaintiff,
Eleanor Pratt, Ph.D.

Law Offices of James R. Rosen, P.C.
468 North Camden Drive, 3rd Floor
Beverly Hills, California 90210

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss
COUNTY OF LOS ANGELES )

Case Name: *Eleanor Pratt, Ph.D. v. Silversea Cruises, Ltd., Inc.*
Case Number: United States District Court - Northern District Case Number: C050693

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 468 North Camden Drive, Third Floor, Beverly Hills, California 90210.

    On **June 14, 2005**, I served the foregoing document described as: **[Proposed] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| Elizabeth P. Beazley, Esq.<br>KEESAL YOUNG & LOGAN<br>A Professional Corporation<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, California 90801-1730 | Attorneys for Defendant Silversea Cruises, Ltd., Inc.:<br><br>Tel: (562) 436-2000<br>Fax: (562) 436-7416 |
|---|---|

[√] By FEDERAL EXPRESS

    [√] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for delivering items via Federal Express. Under that practice it would be deposited with Federal Express on that same day fully prepaid at Beverly Hills, California in the ordinary course of business.

[√] By Electronic Transmission to the addressee listed above.

[√] STATE     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 14, 2005**, at Beverly Hills, California.


Baeza Mejia

3

[Proposed] ORDER