```
 1  ELIZABETH P. BEAZLEY, CASB NO. 138198
    DIANA J. COBURN, CASB NO. 216334
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  400 Oceangate; P.O. Box 1730
    Long Beach, California 90801-1730
 4  Telephone:     (562) 436-2000
    Facsimile:     (562) 436-7416
 5  elizabeth.beazley@kyl.com
 6  diana.coburn@kyl.com

 7  Attorneys for Defendant
 8  SILVERSEA CRUISES, LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR PRATT, PH.D., | Case No. C 05 0693 SI |
| Plaintiff, | **Action Filed: February 15, 2005** |
| vs. | **ASSIGNED FOR ALL PURPOSES TO:** *Judge Susan Illston, Courtroom 10* |
| SILVERSEA CRUISES, LTD., INC., a Florida Corporation, | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE UNTIL JULY 8, 2005 AT 2:00 P.M. |
| Defendant. | |
| | Case Mgmt. Conf:  July 8, 2005 |
| | Time:             2:00 p.m. |
| | Place:            Courtroom 10 |
| | Discovery Cutoff: Not Set |
| | Motion Cutoff:    Not Set |
| | Trial Date:       Not Set |

///

///

Case No. C 05 0693 SI     - 1 -     LB996118
STIPULATION AND ORDER TO CONTINUE CASE MGMT. CONFERENCE UNTIL JULY 8, 2005

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

  Plaintiff ELEANOR PRATT ("Plaintiff") and Defendant SILVERSEA CRUISES LTD. ("Defendant") (collectively referred to herein as "Parties") by and through their attorneys of record, hereby stipulate, agree, and move this Court for an order continuing the Case Management Conference scheduled for June 24, 2005 to July 8, 2005 at 2:00 p.m.. This request is based upon the following recitals:

  WHEREAS Defendant filed and served a motion to dismiss ("Motion") Plaintiff's complaint on the grounds that the forum selection clause in Plaintiff's cruise passenger ticket contract compels Plaintiff to pursue her action in Florida;

  WHEREAS Plaintiff has opposed the Motion;

  WHEREAS Defendant's Motion is scheduled to be heard before this Court on July 8, 2005 at 9:00 a.m.;

  WHEREAS the Court scheduled a Case Management Conference for June 24, 2005;

  WHEREAS both counsel for Plaintiff and Defendant work in Los Angeles County;

  WHEREAS a consolidation of the hearing and Case Management Conference would promote efficiency for the Court's calendar;

  NOW THEREFORE, it is hereby stipulated and agreed as follows:

///

|  |  |
|---|---|
| 1 | The Case Management Conference will be continued until July 8, 2005 at 2:00 p.m. |
| 4 | IT IS SO STIPULATED. |

DATED: June 10, 2005

ELIZABETH P. BEAZLEY
DIANA J. COBURN
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
SILVERSEA CRUISES, LTD.,
a Florida Corporation

DATED: June 20, 2005

JAMES R. ROSEN, ESQ.
RYAN D. SABA, ESQ.
BENJAMIN D. AMMERMAN, ESQ.
Law Offices of James R. Rosen
Attorneys for Plaintiff
ELEANOR PRATT, PH.D.

### ORDER

IT IS ORDERED that the Case Management Conference currently scheduled for June 24, 2005 be held on July 8, 2005 at 2:00 p.m.

DATED: June ___, 2005

United St

IT IS SO ORDERED
Judge Susan Illston

Case No. C 05 0693 SI    - 3 -
STIPULATION AND ORDER TO CONTINUE CASE MGMT

PROOF OF SERVICE
USDC, Northern District, C 05 0693 SI (San Francisco)
Complaint filed 2/15/05 – Judge Susan Illston (415-522-2028); Motion heard 9:00 a.m.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of , State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California, 90801-1730.

    On June 21, 2005, I served the foregoing documents described as **Stipulation and Proposed Order to Continue Case Management Confernce** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Ryan D. Saba, Esq.<br>Law Offices of James R. Rosen<br>468 North Camden Drive, 3rd Fl.<br>Beverly Hills, CA 90210<br>Ph: 310-285-1727<br>Fax: 310-285-1728<br>Attys for Plaintiff Eleanor Pratt<br>**Via Electronic Service** | James R. Rosen<br>Benjamin D. Ammerman, Esq.<br>Law Offices of James R. Rosen<br>468 North Camden Drive, 3rd Fl.<br>Beverly Hills, CA 90210<br>Ph: 310-285-1727<br>Fax: 310-285-1728<br>Attys for Plaintiff Eleanor Pratt<br>**Via Mail** |

    ☑    **BY ELECTRONIC:** By submitting an electronic version of the document listed above pursuant to the Court's Order mandating Electronic service. I certify that said transmission was completed and that all pages contained therein were received.

    ☑    **BY MAIL:** I deposited such envelope(s) in the mail at Long Beach, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

    Executed on June 21, 2005 at Long Beach, California.
    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.
    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                Debbie Klesges